Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★ ★ ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00756-CR

Christopher **HORSLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No 12, Bexar County, Texas
Trial Court No. 970762
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting:        Rebecca Simmons, Justice
                  Steven C. Hilbig, Justice
                  Marialyn Barnard, Justice

Delivered and Filed:  February 25, 2009

DISMISSED

Appellant has filed a motion to dismiss this appeal by withdrawing his notice of appeal.

The motion is granted and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH